# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

RONALD D. LOMBA

v. CA 05-373M

MICHAEL J. ASTRUE,
Commissioner,
Social Security Administration

## JUDGMENT

**COURT DECISION:**

**JUDGMENT IS HEREBY ENTERED** on behalf of the Plaintiff pursuant to this Court's Memorandum & Order issued on April 10, 2008. The Plaintiff's Motion for Order Reversing the Decision of the Commissioner and Remanding for Further Proceedings is **GRANTED** and the Defendant's Motion for an Order Affirming the Decision of the Commissioner is **DENIED**.

BY:

/s/ Martha Saucier
MARTHA SAUCIER, Deputy Clerk

**April 10, 2008**